Certificate Number: 05781-GAN-DE-031355459

Bankruptcy Case Number: 18-61171



05781-GAN-DE-031355459

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 21, 2018, at 3:57 o'clock PM PDT, Terry Thierry completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:  July 21, 2018

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President